# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

—FILED—

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

OCT 24 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dontae M. Smith, Jr.,
[You are the PLAINTIFF, print your full name on this line.]

v.

Case Number  1:22CV377
[For a new case in this court, leave blank. The court will assign a case number.]

Correctional Officer Malcolm,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Correctional Officer Malcolm | Allen County Jail 417 S. Calhoun St. Fort Wayne, In 46802 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? Allen County Jail, 417 S. Calhoun St., Fort Wayne, In 46802

3. Did the event you are suing about happen there? ☒ Yes.  ☐ No, it happened at: _____

4. On what date did this event occur? 9-15-22 at approximately 4:50 pm

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 9-15-22 at approximately 4:50 pm, Correctional (Officer Malcolm) came to my cell #2302-L-pod at the Allen County Jail as I was sitting on the toilet using the bathroom with a piece of paper in my window so that it was a pre-caution that I, Dontae M. Smith Sr. was using the bathroom. The window was not completely covered. A portion above the paper in the window was still open to see in the cell. When Correctional (Officer Malcolm) came to my cell to serve me my dinner tray, I refused because I was using the bathroom. Correctional (Officer Malcolm) then looked over the piece of paper in my window and saw I was standing up washing my "back-side" because that is what I do after using the bathroom and sitting on the toilet. He, Correctional (Officer Malcolm) opened my door so I had to rush to pull my shorts up before every one would have seen me. When Correctional (Officer Malcolm) opened my door all the way,

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

invading my privacy. Correctional (officer Malcolm) then argued with me. I tried closing the door because I was cleaning my "back-side" but Correctional (officer Malcolm) put his foot in front of my door and told me don't touch it. He disrespectfully told me I was an "idiot Nigger."

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
- ( ) Before I was confined.
- (X) While I was confined awaiting trial.
- ( ) After I was convicted while confined serving the sentence.
- ( ) Other: _____

6. Have you ever sued anyone for this exact same event?
- (X) No.
- ( ) Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ( ) No, this event is not grievable at this prison or jail.
- (X) Yes, I filed a grievance and attached is a copy of the response from the final step.
- ( ) Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I am seeking monetary relief for the punitive damages in the amount of ($25,000.00). Correctional (Officer Malcolm), a Correctional Officer at the Allen County Jail has racially discriminated against me with an undeniably disrespectful Comment. This has caused me to have serious depression, emotional pain, and lack of self-worth.

[Initial Each Statement]
- X  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- X  I will keep a copy of this complaint for my records.
- X  I will promptly notify the court of any change of address.
- X  I WILL NOT send more than one copy of any filing to the court.
- X  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- X  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10 / 19 /20 22 at 10:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                           937213
Signature                                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]