UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DONTAE M. SMITH SR., | |
| Plaintiff, | |
| v. | CAUSE NO. 1:22-CV-377-HAB-SLC |
| MALCOLM, | |
| Defendant. | |

## ORDER

Dontae M. Smith Sr., a prisoner without a lawyer, was granted leave to proceed in forma pauperis on November 3, 2022, and ordered to pay an initial partial filing fee. ECF 3. He did not pay and was ordered to show cause by February 24, 2023. ECF 5. He was cautioned if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed and he has not responded.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on March 30, 2023.

        s/Holly A. Brady
        JUDGE HOLLY A. BRADY
        UNITED STATES DISTRICT COURT