# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DONTAE M SMITH, SR.

      Plaintiff

  v.

                                    Civil Action No.  1:22-cv-377

MALCOLM,  Correctional Officer

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

  _X_  Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

 _X_  decided by Judge Holly A. Brady.

DATE: 3/30/2023                                CHANDA J. BERTA, ACTING CLERK OF COURT

                                                                                by   s/ M. Murray_____
                                                                                 *Signature of Clerk or Deputy Clerk*